IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

_____

| | |
|---|---|
| MARTHA H. WING | &#124; |
| Plaintiff | &#124; |
| | &#124; |
| vs. | &#124;   **Civil Action No. 4:13-cv-01901-DDN** |
| | &#124; |
| EDWARD D. JONES & CO., L.P., etc. | &#124; |
| et.al. | &#124; |
| Defendants | &#124; |

_____

**NOTICE OF EXECUTION OF DOCUMENT**
_____

  PLAINTIFF hereby notifies the Court that a Settlement Agreement filed with the Court under Seal (Doc.#46) which, among others, required execution by the PLAINTIFF in her representative capacity as Executrix of the Estate of  Marlene H. Neely, deceased, being administered in the Chancery Court of Desoto County, Mississippi under civil action No. 13-cv-00053, has now been executed by the PLAINTIFF, having first been authorized by the Chancery Court  to do so by Order entered on  April 30, 2014.

  The authorization by the Court is enclosed as Exhibit "A" hereto.

  The signature of the PLAINTIFF is enclosed as Exhibit "B" hereto.

Date: 19 May 2014.

Respectfully submitted by:

/s/ Christian Goeldner
CHRISTIAN GOELDNER (#4876M)
**The Goeldner Law Firm**
Attorney for Plaintiff
P.O. Box 1468
Southaven, MS 38671-1468
Tel. (662) 342-7700
Fax (662) 342-7707
e-mail: chris@gpmlawfirm.net

CERTIFICATE OF SERVICE

I hereby certify that on 19 May 2014 I served a true and correct copy of the foregoing Notice, via the Court's ECF system upon:

All Counsel of Record

    /s/ Christian Goeldner
    CHRISTIAN GOELDNER